**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover        Date: July 14, 2011
Court Reporter:       Paul Zuckerman
Probation Officer:    Caryl Ricca
Interpreter:             Catherine Bahr

Criminal Action No. 10-cr-00370-MSK

*Parties*:                                                *Counsel*:

UNITED STATES OF AMERICA,              John Canedy

             Plaintiff,

v.

MARION JAVIER VARGAS-MEDINA,         Virginia Grady

             Defendant.

_____

**SENTENCING MINUTES**
_____

**1:34 p. m.      Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on January 3, 2011.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The defendant **does** dispute the facts contained in the presentence report.  Argument.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **Doc. #23.**

Allocution. - Statements made by:  The defendant and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2


After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**      Defendant's Motion for Non-Guideline Sentence **(Doc. #23)** is **DENIED.**

**ORDER:**      **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**      Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:19 p.m.**      **Court in recess.**

Total Time:     45 minutes.
Hearing concluded.